17UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEAYA L. THOMAS.,

    Plaintiff,                                        Case No. 17-cv-13492
                                                Hon. Matthew F. Leitman
v.

BANNUM PLACE, INC.,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR FIRST AMENDMENT OF AFFIRMATIVE DEFENSES (ECF #34)

On January 16, 2019, Defendant Bannum Place, Inc. filed a motion to amend its affirmative defenses in this action. (*See* Mot., ECF #34.) More specifically, Bannum Place says that it recently uncovered a "Hold Harmless Agreement" that "potentially insulates [it] from all or some of the claims presented in [P]laintiff's lawsuit." (*Id.* at Pg. ID 173.) Bannum Place therefore asks the Court to allow it to amend its affirmative defenses "to add that [P]laintiff's claim is barred by the Hold Harmless Agreement." (*Id.* at Pg. ID 174.) Plaintiff opposes the motion on the ground that the proposed amendment is futile because the Hold Harmless Agreements are unenforceable. (*See* Resp., ECF #37.)

1

The Court will rule on the validity and enforceability of the Hold Harmless Agreements on summary judgment. Accordingly, the Court will **GRANT** Bannum Place's motion to amend its affirmative defenses. The Court takes no position, at this time, as to the viability of Bannum Place's newly-added affirmative defense.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 5, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 5, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764