UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEAYA L THOMAS, on behalf of
herself and as Personal Representative of the
Estate of DeMarlon Cenaka Thomas, et al.,

    Plaintiffs,                                  Case No. 17-cv-13492
                                                     Hon. Matthew F. Leitman

v.

BANNUM PLACE OF SAGINAW,

    Defendant.

_____/

## ORDER TO APPEAR FOR STATUS CONFERENCE

**IT IS HEREBY ORDERED** that counsel for the parties shall appear at the United States District Court, 600 Church Street, Courtroom 127, Flint, Michigan, on **Wednesday, June 12, 2019 at 9:30 a.m.** for a status conference.

**IT IS FURTHER ORDERED that John Rich, one of the officers of the Defendant corporation shall personally appear at the status conference on June 12, 2019 at 9:30 a.m.**

**IT IS SO ORDERED.**

                                       s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated: June 6, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 6, 2019, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                  Case Manager
                                                  (810) 341-9764