UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEAYA L. THOMAS, *et al.*,

     Plaintiffs,                       Case No. 17-cv-13492
                                         Hon. Matthew F. Leitman

v.

                                         (Consolidated with Case
BANNUM PLACE OF SAGINAW, *et al.*,     No. 18-cv-10222)

     Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' MOTIONS FOR LEAVE TO FILE FIRST AMENDED COMPLAINTS (ECF ## 60, 61)

On June 4, 2019, and June 5, 2019, Plaintiffs filed motions for leave to file First Amended Complaints in this action. (*See* Motions, ECF ## 60, 61.) Defendants have since informed the Court that they do not oppose Plaintiffs' requests. However, Defendants have reserved the right to challenge the allegations and claims made in the First Amended Complaint.

Accordingly, Plaintiffs' motions for leave to file First Amended Complaints (ECF ## 60, 61) are **GRANTED**. Plaintiffs shall file their First Amended Complaints by no later than **July 11, 2019**. Defendants shall answer or otherwise respond to the First Amended Complaints by no later than **August 1, 2019**.

**IT IS SO ORDERED.**

                                   s/Matthew F. Leitman
                                   MATTHEW F. LEITMAN
                                   UNITED STATES DISTRICT JUDGE

Dated: June 26, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 26, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764