UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEAYA L. THOMAS, on behalf of
Herself and as Personal Representation of the
Estate of DeMarlon Cenaka Thomas, et al.,

    Plaintiffs,

v.

BANNUM PLACE OF SAGINAW, et al.,

    Defendants.

Case No. 17-cv-13492
Hon. Matthew F. Leitman

_____/

## ORDER TO APPEAR FOR HEARING ON PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL [ECF #74]

On August 8, 2019, David Robinson as counsel for Plaintiff, Latrelle English filed a Motion to Withdraw as Counsel [ECF #74].

**IT IS HEREBY ORDERED** that Mr. Robinson shall appear at the United States District Court, 140 Federal Building and U.S. Courthouse, 600 Church Street, Courtroom 127, Flint, Michigan, on **Thursday, September 19, 2019 at 10:00 a.m.** for a hearing on plaintiff's counsel's motion. Counsel for Defendants may, but are not required to, attend the hearing as well.

**IT IS FURTHER ORDERED** that David Robinson shall serve a copy of this Order on Plaintiff, Latrelle English by regular mail (and e-mail, if available) and shall file proof of such service with the Court.

**IT IS FURTHER ORDERED that Plaintiff Latrelle English shall personally appear at the status conference on September 19, 2019 at 10:00 a.m.**

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 26, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 26, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764