UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEAYA L. THOMAS, *et al.*,

    Plaintiffs,

v.

BANNUM PLACE OF SAGINAW, *et al.*,

    Defendants.

Case No. 17-cv-13492
Hon. Matthew F. Leitman

(Consolidated with Case No. 18-cv-10222)

_____/

## ORDER TERMINATING PLAINTIFF'S MOTION TO CONSOLIDATE (ECF No. 90) AS MOOT

This action arises out of the death of DeMarlon Thomas while Thomas resided at a facility owned and operated by Defendant Bannum Place, Inc. (*See* Compl., ECF No. 1.) Thomas's mother and personal representative, Ceaya L. Thomas, filed this action against Bannum Place on October 26, 2017. (*See* Compl., ECF No. 1.) She also filed a separate suit against certain employees of Bannum Place arising out of her son's death. *See Thomas v. Rich et. al.*, E.D. Mich. Case No. 20-cv-10179 (the "Rich Action").

On March 14, 2014, Thomas filed a motion to consolidate this action and the Rich Action. (*See* Mot., ECF No 90.) After Thomas filed that motion, she settled her claims against both the Defendants in this action and the Defendants in the Rich Action. Therefore, there is no longer any reason to consolidate the two actions.

Accordingly, Thomas' motion to consolidate (ECF No. 90) is **TERMINATED AS MOOT**.

    **IT IS SO ORDERED**.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: October 30, 2020

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 30, 2020, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                          (810) 341-9764